T. M. Buck v. The State.

No. 9935.   Delivered January 25, 1926.

**Burglary—Appeal Dismissed—Request of Appellant.**

Upon the written request of the appellant, duly verified by his affidavit, this appeal is dismissed.

Appeal from the District Court of Hale County. Tried below before the Hon. R. C. Joiner, Judge.

Appeal from a conviction of burglary, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is burglary, punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.